UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Maurice & Dana Buri

Case No.: __18-10899/ABA__  
Chapter: __7__  
Judge: __ABA__

**NOTICE OF PROPOSED ABANDONMENT**

____JOSEPH D. MARCHAND____, ____TRUSTEE____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ  08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __March 27, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Real Property:<br>640 E. Preston Avenue<br>Somerdale, NJ<br>FMV - $161,896.00 |
|---|---|

| Liens on property: | SLS - $353,633.00 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee  
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302  
Telephone No.: (856) 451-7600

rev.8/1/15

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                    Case No. 18-10899-ABA
Maurice J Buri                                            Chapter 7
Dana C Buri
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                Page 1 of 2         Date Rcvd: Feb 28, 2018
                               Form ID: pdf905            Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2018.
db/jdb         +Maurice J Buri,   Dana C Buri,   640 East Preston Avenue,   Somerdale, NJ 08083-2122
517280333       CAMDEN COUNTY PROBATION DEPARTMENT,    94-04-00836A,   401 MARKET STREET,   Camden, NJ 08103
517280334      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                 (address filed with court: CAPITAL ONE,    P.O. BOX 85520,   Richmond, VA 23285)
517280338      +CLARK AND NOONAN,   1 BROAD STREET,   SUITE 7,   1474.51, NJ 07728-1753
517280340       COMCAST,   HADDONFIELD-BERLIN ROAD,   Cherry Hill, NJ 08003
517280336      +Capital One,   Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517280337      +Capital One,   Attn: Bankruptcy,   Po Box 30253,   Salt Lake City, UT 84130-0253
517280344      ++DIRECTV LLC,    ATTN BANKRUPTCIES,   PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: DIRECT TV,    P.O. BOX 11732,   Newark, NJ 07101)
517280343      +Delaware Title Loan,   115 Naamans Road,    Claymont, DE 19703-2713
517280345      +EAR NOSE & THROAT SURGERY,    13 SHANDRA ROAD,   Voorhees, NJ 08043-2040
517280347      +Financial Recoveries,   200 E Park Dr Ste 100,    Mount Laurel, NJ 08054-1297
517280346      +Financial Recoveries,   Po Box 1388,   Mount Laurel, NJ 08054-7388
517280349      +Kay Jewelers,   Sterling Jewelers,   Po Box 1799,   Akron, OH 44309-1799
517280352      +MIDLAND FUNDING, LLC,   530 WALNUT STREET,   Philadelphia, PA 19106-3645
517280353      +NEW CENTURY FINANCIAL,   C/O PRESSLER AND PRESSLER,    7 ENTIN ROAD,   Parsippany, NJ 07054-5020
517280354      +Off Of Stu Fin Assista,   Florida Department of Education,    Po Box 7019,
                 Tallahassee, FL 32314-7019
517280355      +PARKER MCCAY,   9000 MIDLANTIC DRIVE,   SUITE 300,   Mount Laurel, NJ 08054-1539
517280356      +Pressler & Pressler,   7 Entin Road,   Parsippany, NJ 07054-5020
517280357      +RONALD BLOCK,   301 WHITEHORSE PIKE,   Barrington, NJ 08007-1384
517280361      +STATE OF NEW JERSEY,   ATTORNEY GENERAL'S OFFICE,    25 N. 5TH STREET,   Camden, NJ 08102-1231
517280358      +Specialized Loan Servicing,   P.O. BOX 630147,    Littleton, CO 80163-0147
517280362      +State of New Jersey,   Division of Taxation,   Revenue Processing Center,   P.O. Box 111,
                 Trenton, NJ 08645-0111
517280363      +Trident Asset Management,   Attn: Bankruptcy,   Po Box 888424,    Atlanta, GA 30356-0424
517280365      +US Dept of Education,   Attn: Bankruptcy,   Po Box 16448,   Saint Paul, MN 55116-0448
517280364      +Us Dept Ed,   Ecmc/Bankruptcy,   Po Box 16408,   St Paul, MN 55116-0408
517280368      +VERIZON,   P.O. BOX 660720,   Dallas, TX 75266-0720
517280366      +VERIZON,   C/O COLLECTION COMPANY OF AMERICA,    700 LONGWATER DRIVE,   Norwell, MA 02061-1624
517280367      +Verizon,   P.O. Box 4830,   Trenton, NJ 08650-4830
517280369      +wells fargo auto finance,   p.o. box 25341,   Santa Ana, CA 92799-5341

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 28 2018 23:12:28      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 28 2018 23:12:23      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517280341      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 28 2018 23:12:52
                 COMCAST CABLE,   P.O. BOX 3006,   Southeastern, PA 19398-3006
517280339      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Feb 28 2018 23:12:52        Comcast,
                 P.O. Box 3006,   Southeastern, PA 19398-3006
517280342      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 28 2018 23:13:58      Credit One Bank Na,
                 Po Box 98873,   Las Vegas, NV 89193-8873
517280348      +E-mail/Text: cio.bncmail@irs.gov Feb 28 2018 23:11:56      IRS,   600 Arch Street,   Room 5200,
                 Philadelphia, PA 19106-1611
517280350      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2018 23:14:00      LVNV FUNDING,
                 P.O. BOX 10587,   Greenville, SC 29603-0587
517280351      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2018 23:14:00
                 LVNV Funding/Resurgent Capital,   Po Box 10497,   Greenville, SC 29603-0497
517280359       E-mail/Text: appebnmailbox@sprint.com Feb 28 2018 23:12:21      SPRINT,   P.O. BOX 4191,
                 Carol Stream, IL 60197
517282026      +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2018 03:05:04      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517280360      +E-mail/Text: appebnmailbox@sprint.com Feb 28 2018 23:12:21      sprint,   p.o. box 7993,
                 Overland Park, KS 66207-0993
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517280335     ##+CAPITAL ONE,   P.O. BOX 5253,   Carol Stream, IL 60197-5253
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Feb 28, 2018
                               Form ID: pdf905          Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2018 at the address(es) listed below:
```
              Joseph   Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S. Bank National Association as Trustee for the
               certificateholders Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates
               Series 2007-AMC1 kmcdonald@blankrome.com,    bkgroup@kmllawgroup.com
              Mitchell L Chambers, Jr.    on behalf of Debtor Maurice J Buri ecfbc@comcast.net
              Mitchell L Chambers, Jr.    on behalf of Joint Debtor Dana C Buri ecfbc@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```